# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 98-1787

_____

| | | |
|---|---|---|
| Velma Metters, | * | |
| | * | |
| Appellant, | * | |
| | * | |
| v. | * | Appeal from the United States |
| | * | District Court for the |
| Center for Energy and Environment, | * | District of Minnesota. |
| CEE; Judy Goepfrich; Robert W. | * | |
| Henderson, as Employees/Agents | * | [UNPUBLISHED] |
| of CEE, | * | |
| | * | |
| Appellees. | * | |

_____

Submitted: December 23, 1998
Filed: January 4, 1999

_____

Before WOLLMAN, HANSEN, and MURPHY, Circuit Judges.

_____

PER CURIAM.

Velma Metters appeals the district court's[1] adverse grant of summary judgment in her employment discrimination action. After careful examination of the record and the parties' briefs, we conclude the district court's judgment was correct, and an extended opinion is unwarranted. Accordingly, we affirm. See 8th Cir. R. 47B.

---

[1]The Honorable David S. Doty, United States District Judge for the District of Minnesota.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.